IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III,<br><br>    Plaintiff,<br><br>  v.<br><br>PLASTIKON IND.,<br><br>    Defendant.<br>_____/ | No. C 10-04355 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Willie Rose III, who is proceeding *pro se*, filed a motion for summary judgment on November 3, 2011. He did not, however, notice a date for his motion to he heard. The motion therefore will be heard at **2:00 P.M. ON DECEMBER 8, 2011**. Defendant's opposition to the motion is due on **NOVEMBER 17**. Plaintiff's reply in support of the motion is due on **NOVEMBER 25**.

**IT IS SO ORDERED.**

Dated: November 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE