IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III, | No. C 10-04355 WHA |
| Plaintiff, | |
| v. | **NOTIFICATION OF TRIAL POSTPONEMENT** |
| PLASTIKON INDUSTRIES, INC., | |
| Defendant. | |

Due to a large criminal trial beginning today before the undersigned judge, the trial date for this action, originally scheduled for January 9, 2012, is postponed. The Court will issue a new trial date at a later time.

**IT IS SO ORDERED.**

Dated: January 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE