IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

    Plaintiff,

  v.

PLASTIKON IND.,

    Defendant.
                          /

No. C 10-04355 WHA

**ORDER SETTING STATUS CONFERENCE**

The Court **SETS** a status conference hearing for **FEBRUARY 22, 2012, AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: January 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE