IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III, | No. C 10-04355 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| PLASTIKON IND., | |
| Defendant. | |

The Court **SETS** a status conference hearing for **FEBRUARY 22, 2012, AT 3:00 P.M.**

**IT IS SO ORDERED.**

Dated: January 4, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE