IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

    Plaintiff,

v.

PLASTIKON INDUSTRIES, INC.,

    Defendant.

    /

No. C 10-04355 WHA

**ORDER SETTING TRIAL DATE**

    The parties are hereby notified that the **JURY TRIAL** shall begin at **7:30 A.M. ON FEBRUARY 28, 2012**, in Courtroom 8, 19th floor at 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE