IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III, | No. C 10-04355 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING TRIAL DATE** |
| PLASTIKON INDUSTRIES, INC., | |
| Defendant. | |

The parties are hereby notified that the **JURY TRIAL** shall begin at **7:30 A.M. ON FEBRUARY 28, 2012**, in Courtroom 8, 19th floor at 450 Golden Gate Avenue, San Francisco, California, 94102.

**IT IS SO ORDERED.**

Dated:  February 3, 2012.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE