IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE III,

    Plaintiff,

  v.

PLASTIKON INDUSTRIES, INC.,

    Defendant.

                                      /

No. C 10-04355 WHA

**ORDER TO FILE RULE 26 PRETRIAL DISCLOSURES**

    Plaintiff Willie Rose shall file his Rule 26 pretrial disclosures, including his lists of witnesses and proposed trial exhibits, by **7:30 A.M. ON FEBRUARY 28, 2012**.

**IT IS SO ORDERED.**

Dated: February 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE