**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE III, | No. C 10-04355 WHA |
| Plaintiff, | |
| v. | **ORDER TO FILE RULE 26 PRETRIAL DISCLOSURES** |
| PLASTIKON INDUSTRIES, INC., | |
| Defendant. / | |

Plaintiff Willie Rose shall file his Rule 26 pretrial disclosures, including his lists of witnesses and proposed trial exhibits, by **7:30 A.M. ON FEBRUARY 28, 2012**.

**IT IS SO ORDERED.**

Dated: February 23, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE