UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Willie Rose, )
        Plaintiff, ) Case Number: Civ 10-04355
)
vs. ) ORDER APPOINTING COUNSEL
)
Plastikon Industries, Inc., )
        Defendant. )
)

    Because the plaintiff Willie Rose has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, James Brosnahan and Lindsay Andrews are hereby appointed as counsel for Willie Rose in this matter.

    The scope of this referral shall be for:

        X    all purposes for the duration of the case

        ☐    the limited purpose of representing the litigant in the course of

                ☐    mediation

                ☐    early neutral evaluation

                ☐    settlement conference

                ☐    briefing  ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

                ☐    discovery as follows:

                ☐    other:

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: February 23, 2012.

                                        United States District Judge William Alsup