IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE,<br><br>    Plaintiff,<br><br>  v.<br><br>PLASTIKON INDUSTRIES, INC.,<br><br>    Defendant.<br>                                                           / | No. C 10-04355 WHA<br><br>**NOTICE OF COURT'S<br>PROPOSED CHARGE<br>TO THE JURY AND<br>SPECIAL VERDICT FORM** |

Appended hereto, for the benefit of the court of appeals, is the proposed charge and special verdict form provided to counsel on the record on February 29, 2012, for review and comment.

**IT IS SO ORDERED.**

Dated:  March 1, 2012.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE