**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE,

    Plaintiff,

  v.

PLASTIKON INDUSTRIES, INC.,

    Defendant.

                                 /

No. C 10-04355 WHA

**NOTICE OF COURT'S PROPOSED CHARGE TO THE JURY AND SPECIAL VERDICT FORM**

    Appended hereto, for the benefit of the court of appeals, is the second proposed charge and special verdict form provided to counsel, for review and comment.

Dated: March 1, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE