IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE ROSE,<br><br>    Plaintiff,<br><br>  v.<br><br>PLASTIKON INDUSTRIES, INC.,<br><br>    Defendant.<br>                                 / | No. C 10-04355 WHA<br><br>**NOTICE OF COURT'S PROPOSED CHARGE TO THE JURY AND SPECIAL VERDICT FORM** |

Appended hereto, for the benefit of the court of appeals, is the second proposed charge and special verdict form provided to counsel, for review and comment.

Dated: March 1, 2012.

                                                                               WILLIAM ALSUP
                                                                               UNITED STATES DISTRICT JUDGE