IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIE ROSE,

    Plaintiff,

  v.

PLASTIKON INDUSTRIES, INC.,

    Defendant.

No. C 10-04355 WHA

**CONDITIONALLY GRANTING MOTION TO WITHDRAW**

Counsel for Willie Rose filed a motion to withdraw. It is doubtful that this Court has the jurisdiction to allow counsel to withdraw while this action is pending appeal. To the extent this Court has jurisdiction, the motion is granted. But counsel should consider whether the consent of our court of appeals is needed.

**IT IS SO ORDERED.**

Dated: April 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE