**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   WILLIE ROSE,                                  No. C 10-04355 WHA

11           Plaintiff,

12      v.                                         **CONDITIONALLY GRANTING**
                                                   **MOTION TO WITHDRAW**
13   PLASTIKON INDUSTRIES, INC.,

14           Defendant.
                                        /
15

16          Counsel for Willie Rose filed a motion to withdraw.  It is doubtful that this Court has the

17   jurisdiction to allow counsel to withdraw while this action is pending appeal.  To the extent this

18   Court has jurisdiction, the motion is granted.  But counsel should consider whether the consent

19   of our court of appeals is needed.

20

21          **IT IS SO ORDERED.**

22

23   Dated:   April 3, 2012.

24                                        _____
                                          WILLIAM ALSUP
25                                        UNITED STATES DISTRICT JUDGE

26

27

28